UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ABMAN GLASTER

Plaintiff,

v.

GOLDEN DAYS ADULT DAYCARE CENTER,

Defendant.

Case No. 2:19-cv-01223-RFB-VCF

**ORDER**

      Before the Court for consideration is the Report and Recommendation [ECF No. 3] of the Honorable Cam Ferenbach, United States Magistrate Judge, entered July 18, 2019.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by August 1, 2019. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

**IT IS THEREFORE ORDERED** that the Amended Report and Recommendation [ECF No. 3] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that this case is DISMISSED and Plaintiff's application to proceed in forma pauperis (ECF No. 1) is DENIED as moot.

The Court Clerk is directed to mail a copy of this order to Plaintiff.

DATED: August 21, 2019.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**